Francis J. "Casey" Flynn, Jr. (SBN 304712)
**LAW OFFICE OF FRANCIS J. FLYNN, JRC**
5067 Metropolitan Plaza
Los Angeles, CA 90036
Telephone: (314) 662-2836
Email: casey@lawofficeflynn.com

*Counsel for Plaintiff Al Testani*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANH HO, derivatively on behalf of VISA INC., <br><br> Plaintiffs, <br><br> v. <br><br> RYAN MCINERNEY, CHRIS SUH, PETER ANDRESKI, LLOYD A. CARNEY, KERMIT R. CRAWFORD, FRANCISCO JAVIER FERNÁNDEZ-CARBAJAL, RAMON LAGUARTA, TERI L. LIST, JOHN F. LUNDGREN, DENISE M. MORRISON, PAMELA MURPHY, LINDA J. RENDLE, and MAYNARD G. WEBB, JR., <br><br> Defendants, <br><br> -and- <br><br> VISA INC., <br><br> Nominal Defendant. | Case No. 5:25-cv-01052-NW |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING CASES
AND APPOINTING CO-LEAD COUNSEL

AL TESTANI, derivatively on behalf of VISA INC.,

                Plaintiffs,

                v.

RYAN MCINERNEY, LLOYD A. CARNEY, MARY B. CRANSTON, KERMIT R. CRAWFORD, FRANCISCO JAVIER FERNÁNDEZ-CARBAJAL, RAMON LAGUARTA, TERI L. LIST, JOHN F. LUNDGREN, ROBERT W. MATSCHULLAT, DENISE M. MORRISON, PAMELA MURPHY, LINDA J. RENDLE, MAYNARD G. WEBB, JR., ALFRED F. KELLY, JR., CHRIS SUH, and VASANT PRABHU,

                Defendants,

                -and-

VISA INC.,

                Nominal Defendant.

Case No. 5:25-cv-02213-NW

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND APPOINTING CO-LEAD COUNSEL

CHAMANDEEP KAUR, derivatively on behalf of VISA INC.,

Plaintiffs,

v.

RYAN MCINERNEY, CHRIS SUH, PETER ANDRESKI, LLOYD A. CARNEY, MARY B. CRANSTON, KERMIT R. CRAWFORD, FRANCISCO JAVIER FERNÁNDEZ-CARBAJAL, RAMON LAGUARTA, TERI L. LIST, JOHN F. LUNDGREN, ROBERT W. MATSCHULLAT, DENISE M. MORRISON, PAMELA MURPHY, LINDA J. RENDLE, MAYNARD G. WEBB, JR., ALFRED F. KELLY, JR., and VASANT PRABHU,

Defendants,

-and-

VISA INC.,

Nominal Defendant.

Case No. 5:25-cv-02849

### JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND APPOINTING CO-LEAD COUNSEL

Plaintiff Manh Ho ("Plaintiff Ho"), Plaintiff Al Testani ("Plaintiff Testani"), and Plaintiff Chamandeep Kaur ("Plaintiff Kaur and collectively, the "Plaintiffs"), and Defendants Ryan McInerney, Chris Suh, Peter Andreski, Lloyd A. Carney, Mary B. Cranston, Kermit R. Crawford, Francisco Javier Fernández-Carbajal, Alfred F. Kelly, Jr., Ramon Laguarta, Teri L. List, John F. Lundgren, Robert W. Matschullat, Denise M. Morrison, Pamela Murphy, Linda J. Rendle, and Maynard G. Webb Jr. ("Individual Defendants"), along with Nominal Defendant Visa Inc. ("Visa" or the "Company") (collectively, the "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on November 20, 2024, a putative securities class action complaint captioned *Cai v. Visa Inc., et al.*, No. 5:24-cv-08220-NW (N.D. Cal.) (the "Federal Securities Class Action") was filed against Visa and certain of its current officers and a director for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 (*Cai* ECF No. 1);

WHEREAS, on January 31, 2025, Plaintiff Ho filed a derivative complaint on behalf of Visa in the case captioned *Ho v. McInerney, et al.*, Case No. 3:25-cv-01025-NW (the "*Ho* Action");

WHEREAS, on March 4, 2025, Plaintiff Testani filed a derivative complaint on behalf of Visa in the case captioned *Testani v. McInerney, et al.*, Case No. 3:25-cv-2213-NW (the "*Testani* Action");

WHEREAS, on March 25, 2025, the Court determined that the *Ho* Action and the *Testani* Action are related to the Federal Securities Class Action. (*Cai* ECF No. 24);

WHEREAS, on March 26, 2025, Plaintiff Kaur filed a derivative complaint on behalf of Visa in the case captioned *Kaur v. McInerney, et al.*, Case No. 3:25-cv-02849 (the "*Kaur* Action");

WHEREAS, counsel for the Parties have conferred, and agree that the *Ho* Action, the *Testani* Action, and the *Kaur* Action (together, "the Related Actions") involve the same subject matter and common questions of law and fact and that the administration of justice will be served by consolidating the Related Actions pursuant to Fed. R. Civ. P. 42(a) and appointing Co-Lead Counsel as set forth herein;

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Actions, Plaintiffs agree that The Brown Law Firm, P.C. and Rowley Law, PLLC, the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel;

WHEREAS, counsel for Defendants in the Related Actions have agreed to accept service of process of the initial complaints in the Related Actions, reserving all rights; and

WHEREAS, it appearing that the Related Actions involve the same subject matter, and that the administration of justice would be best served by consolidating the actions;

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, subject to the Court's approval as follows:

1.     To the extent they have not already been served, Defendants hereby accept service of the complaints in the Related Actions.

2.     The Related Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. ~~3:25-cv-01025-NW~~ 5:25-cv-01052-NW (the "Consolidated Action"):

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Ho v. McInerney, et al.* | 5:25-cv-01052-NW ~~3:25-cv-01025-NW~~ | January 31, 2025 |
| *Testani v. McInerney, et al.* | 5:25-cv-02213-NW ~~3:25-cv-2213-NW~~ | March 4, 2025 |
| *Kaur v. McInerney, at al.* | 5:25-cv-02849-NW ~~3:25-cv-0284~~ | March 26, 2025 |

3.     All papers and documents previously served and filed in any of the Related Actions are deemed a part of the record in the Consolidated Action.

4.     The Consolidated Action shall bear the caption below:

| | |
|---|---|
| IN RE VISA INC. STOCKHOLDER DERIVATIVE LITIGATION | : CONSOLIDATED<br>: Case No. ~~3:25-cv-01052-NW~~<br>:            5:25-cv-01052-NW<br>: |

5.     All papers filed in connection with the Consolidated Action will be maintained in one file under Case No. ~~3:25-cv-01025-NW~~ 5:25-cv-01052-NW.

6.     The Brown Law Firm, P.C. and Rowley Law PLLC are designated Co-Lead Counsel for Plaintiffs in the Consolidated Action. Plaintiffs contend that The Brown Law Firm, P.C. and Rowley Law PLLC are well-qualified to coordinate prosecution of the claims they assert derivatively on behalf of the Company. *See* Firm Resumés attached hereto as Exhibits A and B. Defendants take no position on the sections of this stipulation that relate to the qualifications, appointment of, or leadership for Plaintiffs.

7. Co-Lead Counsel shall have sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations.

8. Co-Lead Counsel shall represent Plaintiffs in the prosecution of the Consolidated Action, determine and present to the Court and opposing parties the position of Plaintiffs on all matters arising during pretrial negotiations, delegate and monitor the work performed by Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the Plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court. Defendants' counsel may rely on all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.

9. Within sixty (60) days of the date that the Court enters an order approving this Stipulation, the Parties will meet and confer and submit a proposed scheduling order to the Court. Defendants are not required to respond to the complaints in the Consolidated Actions until the date set by the Court in ruling on the proposed schedule.

10. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which are subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Visa, Inc. Stockholder Derivative Litigation*, Case No. 3:25-cv-01025-NW, is hereafter filed in the Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Visa, Inc. Stockholder Derivative Litigation*, Case No. 3:25-cv-01025-NW, and counsel are to assist in assuring that counsel in subsequent actions

receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving Visa and arising from substantially similar allegations filed in this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

11. This Stipulation and Order shall not prejudice the right of any party to raise any and all arguments, objections, motions, or defenses concerning the claims raised in the Related Actions or the Consolidated Action.

Dated: <u>May 12, 2025</u>         Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

By: _____/s/ Timothy Brown (*with permission*)_____
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Manh Ho and [Proposed] Co-Lead Counsel for Plaintiffs*

**ROWLEY LAW PLLC**
Shane Rowley (to seek admission pro hac vice)
Danielle Rowland Lindahl (to seek admission pro hac vice)
50 Main Street, Suite 1000
White Plains, NY 10606
Telephone: (914) 400-1920
Facsimile: (914) 301-3514
Email: srowley@rowleylawpllc.com
drl@rowleylawpllc.com

*Counsel for Al Testani and [Proposed] Co-Lead Counsel for Plaintiffs*

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES
AND APPOINTING CO-LEAD COUNSEL

By:  /s/ Francis J. "Casey" Flynn, Jr.
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
Francis J. "Casey" Flynn, Jr., #304712
5067 Metropolitan Plaza
Los Angeles, CA 90036
Telephone: (314) 662-2836
Email: casey@lawofficeflynn.com

*Counsel for Plaintiff Al Testani*

**CLAYEO C. ARNOLD, A PROFESSIONAL CORPORATION**
M. Anderson Berry
Gregory Haroutunian
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Email: aberry@justice4you.com
gharoutunian@justice4you.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com
gegleston@gme-law.com

*Counsel for Plaintiff Chamandeep Kaur*

By:   /s/ Mark R.S. Foster (*with permission*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Mark R.S. Foster
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4580
Facsimile: (650) 798-6580
Email: mark.foster@skadden.com

*Counsel for Defendants*

IT IS SO ORDERED this 22 day of ___May___, 2025.

_____
Honorable Noël Wise

-8-
JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES
AND APPOINTING CO-LEAD COUNSEL